Name: John Grossette #50320
Address: P.O. Drawer 250, Grants NM 87020-0250

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 9 2015

MATTHEW J. DYKMAN
CLERK

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

John Grossette (Full Name), Plaintiff

v.

Warden Williams, et al., Defendant(s)

CASE NO. 15cv 592 MV/SMV
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

### A. JURISDICTION

1) John Grossette (Plaintiff), is a citizen of New Mexico (State) who presently resides at P.O. Drawer 250, Grants NM 87020-0250 (Mailing address or place of confinement).

2) Defendant Warden Williams (Name of first defendant) is a citizen of Santa Rosa, New Mexico (City, State), and is employed as Warden at G.C.C.F under contract with NMCD (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☑ No ☐ If your answer is "Yes", briefly explain:

The staff under the Warden control violated this Plaintiffs Civil Rights by first under PREA of 2003 then under Fourth Amendment.

XE-2   2/78   CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

4

3) Defendant _____N/A_____ is a citizen of
   (Name of second defendant)
   _____, and is employed as
   (City, State)
   _____N/A_____. At the time the claim(s)
   ( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐  No ☐    If your answer is "Yes", briefly explain:

N/A

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

This court has Jurisdiction in this matter before the Court

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

The incident happened on or about December 30, 2012. The staff violated the Plaintiff's civil Rights and PREA of 2003, by attempting to retrieve an alleged item from the Plaintiff anus area. The security staff conducted the action without any type of search warrant. And without any medical staff. These actions were undertaken in a maliciously manner which clearly meets the letter of P.R.E.A. of 2003. When the staff were conducting this unlawfull search, they used gloved and un-gloved hands, while attempting to rape this Plaintiff, by trying to enter the Plaintiff anus cavity unwanted and unlawfull.

The Plaintiff reported this PREA of 2003 complaint staff while and upon the completion of the action conducted by security staff. These actions are rule of thumb, of which the warden and security staff as a matter of pratice violate prisoners Right

XE-   2/7            -2-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: The staff as follows CO. J. Lucero, LT Gauna, LT Rodgers and un-named staff did in fact attempt to, which is a violation of P.R.E.A. of 2003 penetrate the anal cavity without a search warrant and thru threats of physical force and threats against family member

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

For these reason, at the filing of this complaint, listed above, the Plaintiff is requesting under Rule 11, and Rule 26 for full disclosure of all documents under the control of the Defendants, be ordered to make available in a timely manner.

B)(1) Count II:

(2) Supporting Facts:

XE-2 2/78

-3-

C)(1) Count III:

    (2) Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number:

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    d) Issues raised: _____

XE-2   2/78            — 4 —

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: The Plaintiff Request the Deffendants come under Federal Review, and the parties (defendants) be order upon completion of trial, to make thru finacial means the sum of $1,000,000.00 U.S. Money.

_____  
Signature of Attorney (if any)

_____  
Signature of Petitioner

Attorney's full address and telephone number.

XE-2   2/78                        - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20___ .
　　　　　　　　　　　(Location)　　　　　　　　　　　　　　(Date)

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)

XE-2  2/78　　　　　　　　　　- 6 -



Magistrate Court
1633 Hist. Rt. 66
ta Rosa, NM 88435

RECEIVED
At Albuquerque NM

JUL 0 9 2015

MATTHEW J. DYKMAN
CLERK

United States District Court
Attn: Clerks Office
333 Lomas Blvd. NW
Albuquerque, NM 87102

John grossetete
#50320 3B-108
185. Dr. Michael Jenkins RD
Clayton. N.M. 88415

"Guadalupe county"
"Magistrate court"
1633. Historic.Route 66
Santa rosa, NM. 88435