# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**JOHN GROSSETETE,**

    Plaintiff,

    v.                                No. 15-cv-0592 MV/SMV

**FNU WILLIAMS, J. LUCERO,
FNU GAUNA, FNU RODGERS,
and FNU DOES**,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED
## PURSUANT TO 28 U.S.C. § 1915(b)
## AND TO MAKE PAYMENTS OR SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2]. Because the Court grants the application, the filing fee for this civil rights complaint is $350.00. Pursuant to § 1915(b)(1), Plaintiff is required to make installment payments until the full amount of the filing fee is paid. Based on the information about Plaintiff's financial status, the Court finds that Plaintiff owes an initial partial payment of $3.34 pursuant to § 1915(b)(1). The Court will not review the merits of the civil rights complaint unless the initial partial payment is paid or excused. If Plaintiff fails to make a payment by the designated deadline or show cause why such payments should be excused, the civil rights complaint may be dismissed without prejudice without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that, within **30 days** from entry of this order, Plaintiff send to the Clerk an initial partial payment of **$3.34** or show cause why the payment should be excused.

**IT IS FURTHER ORDERED** that the Clerk is directed to provide Plaintiff with two copies of this order, and that Plaintiff make the necessary arrangements to attach one copy of this order to the check in the amount of the initial partial payment.

**IT IS FINALLY ORDERED** that, after payment of the initial partial fee, Plaintiff make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**